United States Bankruptcy Court
District of Kansas

In re **Thomas, Vernon L**
Debtor

Case No. **15-10188**
Chapter **7**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I **Vernon L Thomas** declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on  **2-5-15**  (date) by

X *Vernon L. Thomas* (debtor)

# Vernon Thomas's Payroll Check

Select a paycheck to view a detailed summary.

Pay Check: [ 1/30/2015, Check, $301.29 ▼ ]

Martin Interconnect Svcs Inc
1801 S Mead
Wichita, KS 67211
316-616-1001

FIDELITY BANK
P. O. BOX 1007
WICHITA, KS 67201-3803

Pay: ******* VOID - NON NEGOTIABLE - VOID ****** $301.29

Payment Date
1/30/2015

Check Number
7308

Payment Amount
$301.29

PAY TO THE ORDER OF:
Vernon L. Thomas
401 S. Emporia
Wichita, KS 67202

## STATEMENT OF EARNINGS FOR VERNON L. THOMAS

| Payment Date | Check No | Payment Amount |
|---|---|---|
| 1/30/2015 | 7308 | $301.29 |
| Pay Period | Employee No | SSNO |
| 1/16/2015 - 1/29/2015 | 0316 | XXX-XX-7668 |

| Company Info, Bulletins, and Upcoming Events |
|---|
| N/A |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular Pay | 43.50 | 7.5000 | $326.25 | $326.25 |
| Totals: | 43.50 | | $326.25 | $326.25 |

| Taxes | Filing | Amount | YTD |
|---|---|---|---|
| Fed. Soc. Sec. Employee | | $20.23 | $20.23 |
| Fed. Medicare Employee | | $4.73 | $4.73 |
| Totals: | | $24.96 | $24.96 |

| Pre-Tax Deductions | Amount | YTD |
|---|---|---|
| N/A | | |
| Totals: | $0.00 | $0.00 |

| Deductions | Amount | YTD |
|---|---|---|
| N/A | | |
| Totals: | $0.00 | $0.00 |

| Benefit | Accrued | YTD | Avail. |
|---|---|---|---|
| N/A | | | |
| Totals: | 0 | 0 | 0 |

| Net Pays | Amount | YTD |
|---|---|---|
| Check Payment Form | $301.29 | $301.29 |
| Totals: | $301.29 | $301.29 |

| Begin Date | End Date | Pay Code | Hours | Rate | Shift | Total Paid | Labor 1 | Labor 2 | Labor 3 | Labor 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2015 | 1/29/2015 | REGULAR | 43.50 | 7.5 | | $326.25 | MAIN | | | |
| | | Totals: | 43.50 | | | $326.25 | | | | |